UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| LATOYA LYNN ALEXANDER | Case No. 22-57596-BEM |
| Debtor. | Judge Barbara Ellis-Monro |
| LATOYA LYNN ALEXANDER<br><br>Plaintiff,<br><br>*v.*<br><br>THE UNITED STATES OF AMERICA, THROUGH THE UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant. | ADVERSARY PROCEEDING NO. 23-05015-BEM |

**THIRD JOINT STIPULATION TO EXTEND TIME TO
FILE ANSWER TO DISCHARGEABILITY COMPLAINT FILED AGAINST
THE UNITED STATES OF EDUCATION**

Pursuant to BLR 9006-1 and Fed. R. Bankr. P. 9006, Latoya Lynn Alexander,

plaintiff and the United States of America and the United States Department of

Education ("DOE"), by and through the U.S. Attorney and undersigned Assistant

U.S. Attorney (the "Defendant"), stipulate as follows:

1.      On February 1, 2023, Debtor filed the Complaint [ECF No. 1] ("Complaint").

2.      The Complaint required the Defendant to file a written response on or before March 9, 2023.

3.      On February 23, 2023, the first Joint Stipulation [ECF No.7] was filed to extend a written response to June 7, 2023.

4.      On June 6, 2023, the second Joint Stipulation [ECF No.8] was filed to extend a written response to July 23, 2023.

5.      Pursuant to BLR 9006-1 and Fed. R. Bankr. P. 9006, the parties stipulate to a third extension of time for  Defendant to answer or otherwise respond to the Complaint through and including September 8, 2023.  This is the third extension of the above-referenced deadlines.

6.      This stipulation is entered into by and with the consent of all counsel and parties to this action for the purpose of facilitating settlement discussions.

7.      This stipulation is entered into without prejudice to requesting a further extension of time and without prejudice to or waiver of any party's rights, claims, or defenses.

**STIPULATED TO BY:**

RYAN K. BUCHANAN
UNITED STATES ATTORNEY

*/s/ Guy W. Gupton, III*
(signed with express permission)
GUY W. GUPTON, III
Georgia Bar No. 315750
Suite 400, North Tower
235 Peachtree St, N.E.
Atlanta, Georgia 30303
ggupton3@bellsouth.net
Telephone: (404) 523-1087
*Counsel for Plaintiff*

*/s/ Vivieon Kelly Jones*
Vivieon K. Jones
Assistant U.S. Attorney
Georgia Bar No. 143033
United States Attorney's Office
75 Ted Turner Drive SW
Suite 600
Atlanta, Georgia 30303
Telephone: (404) 581-6312
Facsimile: (404) 581-6151
vivieon.jones@usdoj.gov
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have on July 20, 2023, electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to all parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: July 20, 2023.

*/s/ Vivieon Kelly Jones*
Vivieon K. Jones